IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

___

BRENDA CAGLE,

    Plaintiff,

v.                        Case No.: 1:23-cv-00177

HRUTVA CORP,

    Defendant.

___

**STIPULATION OF DISMISSAL**
___

    COME NOW, the Parties, by and through counsel, and hereby state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

    Respectfully submitted this 1ST day of NOVEMBER, 2023.

                        RESPECTFULLY SUBMITTED,

                        *s/ Rebecca J. Hutto*
                        Rebecca J. Hutto (TN BPR #39252)
                        208 Adams Avenue
                        Memphis, Tennessee 38103
                        (901) 523-1844 – phone
                        (901) 523-1857 – fax
                        Rebecca@wcwslaw.com

*s/ Thomas Hickey*
Thomas Hickey
**SPICER RUDSTROM PLLC**
537 Market Street, Suite 203
Chattanooga, Tennessee 37402
*direct:* 423.541.9809
*office:* 423.756.0262
*fax:* 423.756.8489
*email:* [thickey@spicerfirm.com](mailto:thickey@spicerfirm.com)

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 1st day of November, 2023, the foregoing document is being served this day on all parties of record identified on the Service List via the Court's electronic filing system and via electronic mail.

*s/ Rebecca J. Hutto*